# EXHIBIT A

**Nominated**
ALFS Award

Supporting Actor of the Year
Jared Leto

## Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award

Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

## National Board of Review, USA 2013

**Won**
NBR Award

Top Ten Independent Films

## National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award

Best Supporting Actor
Jared Leto

## New York Film Critics Circle Awards 2013

**Won**
NYFCC Award

Best Supporting Actor
Jared Leto

## Online Film Critics Society Awards 2014

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

## PGA Awards 2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

## Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

## Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

## Rome Film Fest 2013

**Won**
Associazione Italiana Autori della
Fotografia Cinematografica (AIC)
Award

Yves Bélanger

**Won**
Audience Award

Jean-Marc Vallée

**Won**
Best Actor

Matthew McConaughey

**Won**
Golden Butterfly

Jean-Marc Vallée

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

## San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

## San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

## San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

## Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

## Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

## Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

## Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

## Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

## Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
WAFCA Award

Best Actor
Matthew McConaughey

## Writers Guild of America, USA 2014

**Nominated**
WGA Award (Screen)

Best Original Screenplay
Craig Borten (written by)
Melisa Wallack (written by)

## See also

FAQ |User Reviews|User Ratings|External Reviews|Metacritic Reviews |Message Board

## Contribute to This Page

Getting Started|Contributor Zone »

Edit page

**Recently Viewed**

Manage your history



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An                              company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| Watch Movies & | Unlimited Streaming | Buy Movies on | Buy Movies on | Buy Movies on | Buy Movie and | Digital | Download |
| TV Online | of Movies & TV | DVD & Blu-ray | DVD & Blu-ray | DVD & Blu-ray | TV Show DVDs | Photography | Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-873-195

**Effective date of registration:**

November 13, 2013

---

## Title

**Title of Work:** Dallas Buyers Club

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 1, 2013     **Nation of 1st Publication:** United States

**Preregistration:** PRE000006719

## Author

■    **Author:** Dallas Buyers Club, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Dallas Buyers Club, LLC

2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music

**Previous registration and year:** TXu 1-835-443   2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook

**Date:** November 1, 2013

---

Page 1 of 1

**Registration #:** PA0001873195
**Service Request #:** 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.162.55.129 | 1/17/14 11:24:28 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Des Plaines |
| 2 | 24.13.100.174 | 1/17/14 02:46:07 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 3 | 71.239.139.59 | 1/17/14 04:59:06 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 4 | 67.173.148.226 | 1/17/14 03:40:07 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Carpentersville |
| 5 | 69.137.253.46 | 1/17/14 03:09:51 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elgin |
| 6 | 76.29.0.72 | 1/17/14 02:57:04 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Downers Grove |
| 7 | 98.228.242.255 | 1/17/14 01:59:19 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Schaumburg |
| 8 | 69.47.203.225 | 1/17/14 01:47:32 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Naperville |
| 9 | 67.176.173.81 | 1/17/14 12:50:52 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Woodridge |
| 10 | 71.194.78.34 | 1/17/14 12:49:37 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 11 | 50.129.12.255 | 1/16/14 11:11:37 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 12 | 50.141.141.248 | 1/16/14 09:01:34 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Flossmoor |
| 13 | 98.213.18.237 | 1/16/14 03:58:31 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Peru |
| 14 | 24.12.223.92 | 1/16/14 02:39:29 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Woodridge |
| 15 | 50.141.227.103 | 1/16/14 11:43:09 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Palatine |
| 16 | 67.186.79.82 | 1/16/14 11:10:00 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 17 | 69.245.185.34 | 1/16/14 09:07:18 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 18 | 24.14.121.67 | 1/15/14 03:01:54 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Lombard |
| 19 | 98.206.202.156 | 1/15/14 12:20:39 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Bartlett |
| 20 | 67.162.13.140 | 1/15/14 03:44:48 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Westmont |
| 21 | 98.253.208.28 | 1/15/14 03:22:58 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elgin |
| 22 | 71.201.106.43 | 1/15/14 02:24:17 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Woodstock |
| 23 | 71.201.145.191 | 1/14/14 08:50:35 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Lansing |
| 24 | 98.214.25.163 | 1/14/14 11:23:29 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Freeport |
| 25 | 67.176.133.82 | 1/14/14 05:06:19 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Deerfield |
| 26 | 50.179.96.135 | 1/14/14 01:40:32 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rockford |
| 27 | 50.158.60.50 | 1/14/14 01:34:14 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Joliet |
| 28 | 67.184.151.196 | 1/14/14 01:12:25 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Aurora |
| 29 | 24.1.235.99 | 1/14/14 01:03:23 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 30 | 98.213.52.33 | 1/13/14 11:02:03 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Evanston |
| 31 | 67.184.12.55 | 1/13/14 10:59:23 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | North Aurora |
| 32 | 98.226.225.173 | 1/13/14 09:51:33 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 33 | 71.201.231.247 | 1/13/14 06:32:52 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Villa Park |
| 34 | 98.226.228.150 | 1/13/14 04:51:05 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 35 | 67.167.206.207 | 1/13/14 11:39:48 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 36 | 50.140.145.50 | 1/13/14 07:05:29 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Streamwood |
| 37 | 50.203.77.58 | 1/13/14 06:16:02 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Zion |
| 38 | 24.15.120.48 | 1/13/14 05:54:30 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Plainfield |
| 39 | 98.253.52.77 | 1/13/14 04:36:46 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rock Falls |
| 40 | 24.13.105.45 | 1/13/14 01:22:26 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 41 | 24.15.232.102 | 1/12/14 11:11:21 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Hoffman Estates |
| 42 | 24.13.80.123 | 1/12/14 03:37:48 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Evanston |
| 43 | 71.201.221.186 | 1/12/14 02:21:52 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 44 | 98.226.190.200 | 1/12/14 01:11:08 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Homewood |
| 45 | 98.253.179.254 | 1/12/14 12:12:52 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Wheaton |
| 46 | 50.151.2.211 | 1/12/14 07:03:46 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 47 | 98.206.142.118 | 1/12/14 05:54:48 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Evanston |

| 48 | 98.212.230.44 | 1/12/14 04:22:58 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rockford |
| 49 | 98.253.106.137 | 1/12/14 01:11:51 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Riverside |
| 50 | 67.184.67.108 | 1/12/14 12:19:24 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Saint Charles |
| 51 | 67.186.96.74 | 1/11/14 11:08:42 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 52 | 24.14.87.99 | 1/11/14 07:30:45 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Aurora |