## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

        Plaintiff,

v.                 Case No.: 1:14–cv–01639
                    Honorable Thomas M. Durkin

Does 1–52

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2014:

  MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for discovery [9] is entered and continued. Status hearing held on 3/19/2014. Plaintiff is to submit a memorandum on or before 4/9/14 explaining why this action should not be filed as 52 separate lawsuits. Status hearing set for 4/17/2014 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.