**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC

                Plaintiff,

v.

Does 1–52, et al.

                Defendant.

Case No.: 1:14–cv–01639
Honorable Thomas M. Durkin

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 20, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. Pursuant to stipulation, this action is hereby dismissed.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.